UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81545-CIV-MARRA/LYNCH

GLAMIRY I. GONZALEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendant.
_____/

FILED by _____ D.C.

DEC 2 2 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR CHANGE OF VENUE (DE 4)

**THIS CAUSE** comes before this Court upon the above Motion. Having reviewed the Motion, this Court recommends as follows:

1. The Motion demonstrates how as a resident of Hendry County, the Plaintiff should have filed her Complaint in the Middle District of Florida. Hence the Southern District of Florida lacks proper venue.

2. The Defendant has not appeared in this case. Indeed the Plaintiff has not yet served the Defendant. Therefore this Court does not await his Response. This Court recommends relief at this time based on the clear showing of improper venue and in the interest of judicial economy.

**ACCORDINGLY,** this Court recommends to the District Court that the Motion be **GRANTED** and that the case be **TRANSFERRED** to

the Middle District of Florida.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Kenneth A. Marra, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 22nd day of December, 2009.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Kenneth A. Marra
James S. Elkins, Esq.