UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81545-CIV-MARRA/JOHNSON

GLAMIRY GONZALEZ,

    Plaintiff

vs.

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration,

    Defendant.
_____/

## ORDER AND OPINION GRANTING MOTION FOR CHANGE OF VENUE

THIS CAUSE is before the Court upon Plaintiff Glamiry Gonzalez's Motion for Change of Venue (DE 4) and the Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Change of Venue (DE 6).

For the reasons stated in Magistrate Judge Lynch's Report, and upon independent review, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Magistrate Judge's Report (DE 6) is hereby **ADOPTED**.

    1.    Plaintiff's Motion for Change of Venue (DE 4) is **GRANTED.**

    2.    **The Clerk of Court is hereby directed to transfer this case to the United States District Court, Middle District of Florida. This case is closed.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 8th day of January, 2010.

                                                              KENNETH A. MARRA
                                                              United States District Judge

copies to:

All counsel of record
Magistrate Judge Frank J. Lynch, Jr.