**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

GLAMIRY I. GONZALEZ,

        Plaintiff,

-vs-                                            Case No. 2:10-cv-14-FtM-SPC

MICHAEL J. ASTRUE,

        Defendant.

_____

**ORDER**

This matter comes before the Court *sua sponte*. On January 27, 2011, a Report and Recommendation (Doc. #30) was entered in this matter. Upon review, it appears the parties have previously entered a Consent to trial by U.S. Magistrate Judge (Doc. #26) which was subsequently approved by the District Court. As such, a recommendation to the District Court is unnecessary and the Court is permitted to enter its own Order.

Accordingly, it is now

**ORDERED:**

The Report and Recommendation (Doc. #30) is hereby **VACATED.** The Court will enter its own Order under separate cover.

**DONE AND ORDERED** at Fort Myers, Florida, this   27th   day of January, 2011.

*[signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record